No. 04-14-00498-CR

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

Benjamin Elias

V.

The State of Texas

From Appeal No. 04-14-00498-CR
Trial Cause No. 427052
Bexar County

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Benjamin Elias, Petitioner, and files this
Motion for an Extension of sixty (60) days in which to file a
Petition for Discretionary Review. In support of this motion,
appellant shows the Court the following:

I.

The Petitioner was convicted in the County Court at Law No. 12
of Bexar County, Texas of the offense of MB driving while
intoxicated in Cause No. 427052, styled the State of Texas v.

Benjamin Elias. The Petitioner appealed to the Fourth Court of Appeals. The case was affirmed on June 3, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is July 3rd, 2015. The petio Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until June 26, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Angela J. Moore, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 04-14-00498-CR to September 2nd, 2015.

Benjamin Elias
Benjamin Elias, pro se
TDCJ-ID No. 819778

[2 of 3]

Willacy Unit
1695 S. Buffalo Dr.
Raymondville, TX. 78580

## CERTIFICATE OF SERVICE

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for State, Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva, St., Suite 710, San Antonio, Texas 78205 and to the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78724 78711 on this the 29th day of June 2015.

Benjamin Elias
Benjamin Elias, pro se

I, Benjamin Elias, TDCJ-ID No. 819778, being presently incarcerated in the Willacy Unit of the Texas Department of Criminal Justice in Willacy County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 29th day of June 2015.

Benjamin Elias
Benjamin Elias, Petitioner